**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 23-10856-KHK |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ 1,664,752.00

    1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ 1,882,361.75

    1c. Copy line 63, Total of all property on Schedule A/B.................................................................... $ 3,547,113.75

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 440,530.24

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...............................* $ 0.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...........................* $ 3,079,422.45

    **Your total liabilities** $ 3,519,952.69

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I...............................................................* $ 13,494.80

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J.........................................................* $ 15,946.74

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

7.  **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    Roland Earl Long, Jr.                                      Case number *(if known)*  23-10856-KHK

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form    $ _____
       122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g.    **Total.** Add lines 9a through 9f.                                      $ _____

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Roland Earl Long, Jr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 23-10856-KHK | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

6215 Ballsford Dr.
_Street address, if available, or other description_

Fairfax Station        VA        22039-1333
_City                State        ZIP Code_

Fairfax
_County_

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $950,000.00 | $950,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenant by the entirety

☐ **Check if this is community property** (see instructions)

| Debtor 1 | Roland Earl Long, Jr. | | Case number *(if known)* | 23-10856-KHK |

**1.2** If you own or have more than one, list here:

94 Pearl Ct.
Street address, if available, or other description

Hedgesville          WV     25427-0000
City                 State   ZIP Code

Berkeley
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$675,000.00

**Current value of the portion you own?**
$675,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant with right of survivorship

☐ **Check if this is community property**
(see instructions)

**1.3** If you own or have more than one, list here:

Lot 30 on Pearl Ct.
Street address, if available, or other description

Hedgesville          WV     25427-0000
City                 State   ZIP Code

Berkeley
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$79,500.00

**Current value of the portion you own?**
$39,750.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant with right of survivorship

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | Roland Earl Long, Jr. | | Case number *(if known)* | 23-10856-KHK |

**1.4**  If you own or have more than one, list here:

The Cypress Pointe Resort II

Street address, if available, or other description

Coral Springs    FL    33075-8526

City    State    ZIP Code

Broward

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☑ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Time-share interest in Cypress Pointe Resort property

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    $1.00

**Current value of the portion you own?**    $1.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenant by the entirety

☐ **Check if this is community property**
(see instructions)

---

**1.5**  If you own or have more than one, list here:

Disney Vacation Club

Street address, if available, or other description

Lake Buena Vista    FL    32830-0000

City    State    ZIP Code

Orange

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☑ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Time-share interest in Disney Vacation Club property

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    $1.00

**Current value of the portion you own?**    $1.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenant by the entirety

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................................=>    | $1,664,752.00 |

---

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Roland Earl Long, Jr. | | Case number *(if known)* | 23-10856-KHK |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | Chrysler | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: | Pacifica | ☐ Debtor 1 only | | |
| | Year: | 2018 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 95,000 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | | | ☐ **Check if this is community property** (see instructions) | $15,500.00 | $7,750.00 |

| 3.2 | Make: | Chrysler | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: | Town & Country | ☐ Debtor 1 only | | |
| | Year: | 2012 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 116,000 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | | | ☐ **Check if this is community property** (see instructions) | $3,000.00 | $1,500.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | John Deere | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: | x570 tractor | ☐ Debtor 1 only | | |
| | Year: | 2016 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | | | ☐ **Check if this is community property** (see instructions) | $1,000.00 | $500.00 |

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................................=>**   $9,750.00

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |
|---|---|---|---|

Miscellaneous household goods and furnishings, including office desk unit, 2 office swivel chairs, office printer table, dining table & 10 chairs, 100' tape measure, 6 toilet brushes, 20-in. battery lawnmower, 20-in. flower vase & artificial lighted branches, 24-in. level, 4-ft. level, 5-ft. folding table, 6' x 8' carpet, 8-ft. ladder, 8' x 11' carpet, adjustable twin beds & mattress/bedding, air compressor, air fryer, salad bowls, armoire, 2 artificial Christmas trees, baby stepstool, bakers rack, 7 baking pans, basement rug scraps, 2 bath scales, bathroom bench, bathroom towel set, bathroom accessory rack, 6 battery chargers, 2 battery powered chainsaws, tiller attachment (battery tool), wine refrigerator, dust collector/vacuum, battery powered hand tools: vacuum, sander, drill, grinder, air compressor, flashlight, beach umbrella, bedroom curio, bedroom mirror, bedroom rocker, 2 bedroom nightstands, bedside clock, 6 blankets, blender, cedar chest, bookshelf, bread maker, Britta filter, broom, buffet, 2 cake holders, cake pans, frying pans, Tupperware , 10 candles, casual dinner plate set, ceiling light (no box), Christmas decoration collection, Christmas dishes set, Christmas nativity, closet ottoman, 2 irons, 50 coffee cups, and 3 coffee makers

$1,374.50

Mug hot plate, 2 cookie jars, cooking pans, cookie sheets, 20 cooking utensils, countertop mixer, craft room table & four chairs, craft room 2-drawer dresser, cupcake holder, 10 curtain rods, , daybed, desk, desk accessories, Disney table clock, dog bed, dog crate, dremel tool, set dresser, drill bit set, 56 drinking glasses, electric drill, electric sander, electric skillet, electric snowblower, electric toothbrush, electric typewriter, 12 end tables, etagere basement, ethernet cables, extension cords, one box, exterior light in boxes 2 (missing some parts), 4 pairs eyeglasses, fake plant, fertilizer spreader, vinyl table cloth, fire extinguisher, fireplace ash bucket, 5-step ladder, flashlight, flatware, one set, floor cleaner, 4 floor lamps, 2 folding beach chairs, folding card tables, 8 folding chairs, 2 folding clothes stands/racks, folding lawn chairs, 4 folding plastic chairs, folding plastic table, 2 folding tables, 4 folding TV tables, food sealing machine, food warmer, 2 foot rests, foot massager footstool, formal China set, 4 batteries for battery powered tools, 4-step ladder, and 3 galileo thermometers

$897.50

Garden cart, garden gloves, garden hoe, 6 garden hoses, garden rake, garden tools (clippers & weed puller), gas cans, gas grill, gazebo glass table & 6 chairs, GE circular wall clock, glass & wood curio, green chair, green loveseat, green sofa, Halloween decorations, handtruck, 5 hammers, hamper stand & 3 hampers, 4 hand saws, seed spreader, sander, hand tools (pliers, screwdrivers, socket wrench), zip ties, HDMI cables 1 box, 2 heating pads, hedge trimmer, homemade TV stand, 2 homemade wood bookshelves, homemade wooden bookshelf, ice bucket, 2 ice cream makers, IKEA bedroom drawer unit, IKEA drawer/basket unit, IKEA nightstand, inflatable 1 person spa, inflatable air mattress, 2 ironing boards, jewelry box, jumper cables, king size bed frame without bed, cooking utensils, kitchen hand towels, 6 sets, 10 baking pans, kitchen stepstool, knife set, 2 knickknack stands, 6 knickknacks, lamp stand, 3 lampshades, leaf blower, leaf rake, 2 leaf rakes, 2 leaning shelf units, luggage, 6 pc., magazine stand, manual bug sprayer, mechanics crawlers, mirror, miscellaneous electric outlets & covers, 16 flower vases, 6 pliers, 10 screwdrivers, miscellaneous personal care items, mixer, Morrocan floor rugs, 3' x 5' and 5' x 8', and music stand

$491.00

| | |
|---|---|
| 10 boxes nails & screws, oil changing pan, old Easter baskets, 3 plastic pine, ottoman, 4 outdoor folding chairs, garage refrigerator, outdoor glass table, 3 outdoor plastic benches, moving pads, backpack, outdoor plastic storage unit, pond leaf catcher, outdoor recliner, outdoor table & 4 chairs, power washer/sprayer, paint roller & accessories, painting supplies, 1 box, battery powered leaf blower, piano & bench, pillow & bedding 3 sets, plant pot, 2 plant stands, 4 plastic coolers, plastic shower bench, 6 plastic storage bins, plastic water/juice containers, pliers & wire cutter, portable table, 12 potholders, 8 pots & pans, 2 potted flowers, potted plant, pottery knickknacks,cables, 1 box, printer stand/table, queen size bed frame & mattress/linens quilt holder, 3 razors,  rebar & post nine, 2 recliners, reclinig easy chair, reclining chair, reclining outdoor chair, 2 rocking chairs, rolling small table, room divider, 3 brooms, rotating TV stand, rug 8' x 11.2', 2 Rumba floor cleaners, Ryobi electric 16-in. push mower, 6 serving dishes, shelf supports 1 box, shelfing materials, approx. 20 pc., shoe brushes, shovels, rakes, hoe, shower step, shredder, 6-step double ladder, 2 slow cookers, and small bench | $498.50 |
| Small glass-top gazebo table, mall microwaves, small Morrocan wall hanging rug, small narrow table, small rugs on garage floor, small TV table, small woven basket, 3 snow shovels, soapdish, socket set, 2 sofas, sofa bed, sofa table, 3 sofa throws, 4 soft-sided coolers, souvenirs from Morocco 15 pc., space heater, stand for T-Mobile internet, strainers, 3 study book cases, 4 swivel chairs, 12 table clothes, 16 table lamps, table, placemats & napkins, 6 saltshakers, tea pot, 2 toasters, toolbox & screwdrivers, 4 towel warmers, 8 towels, 6 sets of towels, 3 towing straps, trash can, Tupperware, Tupperware cake holder, TV stand for 82" TV, TV/coaxial cables 1 box, twin beds & mattresses/linens/pillows, shoe cabinet-broken, 2 2-drawer file cabinets, 2 2-step ladders, 3 2-step stepstools, 2 wire racks, umbrella stand, 4 umbrellas, 2 vacuum cleaners, 8 various bowls, various class baking dishes, 2 sets of measuring cups, 24 small measuring things, waffle maker, 2 wall clocks, broken wall clock, wallpaper power steamer, wastebasket, water filter, water hose, weed whacker, white loveseat, wine bottle opener, wine cabinet, 22 wineglasses, 5 wire baskets. wire drawer unit, and wire shelving unit | $589.50 |
| Miscellaneous household goods and furnishings, including  bedside table, bench in closet,  2 barstools, basement sofa, basement printer stand, 3 basement entertainment cabinets, dining  buffet, dining room table & 7 chairs, dish set, dropleaf coffee table, dropleaf table, fireplace room easy chair & stool, flatware set, homemade wood garage shelf unit | $295.00 |
| Miscellaneous heirlooms, including family bible, frame family print, easy chair, formal china set, and military retirement flag box | $41.25 |
| Miscellaneous books and pictures, including children's books, holiday & photo books, family framed photos, framed Iris picturs, framed wall mirror, framed paintings, framed prints, CDs, 20 VCR tapes, and DVDs | $106.50 |

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

Debtor 1   Roland Earl Long, Jr.                    Case number *(if known)*  23-10856-KHK

| | |
|---|---|
| Miscellaneous electronics, including obsolete printer, office back-up hard drive/airport, 2 UPS units, MacBook Pro 16", and 2 external displays, external keyboard & mouse, Blu-ray disc player, 2010 apple 27" display (obsolete), misc. computer cables/chargers, backup hardrive, 2012 MacBook Air 13.6", iPhone 13pro, 42-in. Sharp TV, wall mounted, 55-in. Samsung TV, 65" TV-broken, 8 mm movie projector, 82- in. TV & sound bar, Alexa dot, Alexa Echo, Alexa Echo Show 8", 2 Apple TVs, craft room 27-in. TV, iPad, JVC compact component system & speakers, keyboard, external mouse, obsolete printer, 2 old computer keyboards, 2 old external hard drives, Samsung TV 50" wall-mounted, Sony 720p TV wall-mounted, 2 sound bars, UPS battery unit, 6 various computer cables, VHS player, and 2 vinyl record players | $1,744.00 |

| | |
|---|---|
| Miscellaneous electronics, including 2012 MacBook Pro 15-in. (obsolete), LG external monitor, and external keyboard & mouse | $135.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous games, sports and hobby equipment, including "Roll and Score" arcade machine, bowling ball, board games, cards & card games, checkerboard table, cornhole set, croquet set, 8 dumbbells, Easter decoration/stand, Easter decorations, easy chair, elliptical exercise equipment, exercise bike, 7 frisbees, girl's bicycle, Lionel train set, 6 puzzles, 3 racquetball rackets, 4 sleds, toy chest, trampoline, Nikon D750 camera & zoom lens | $225.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | $798.50 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Wedding band | $10.00 |

| | |
|---|---|
| Apple watch Series 5 and high school class ring | $110.00 |

Debtor 1    Roland Earl Long, Jr.                                                    Case number *(if known)*  23-10856-KHK

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| CPAP machine | $1.00 |
|---|---|

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

$7,317.25

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...................................................................................................................

| Cash on hand | $8.12 |
|---|---|

17.  **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

|  |  | Institution name: |  |
|---|---|---|---|
| 17.1. | Checking | USAA acct. #4907 (Debtor's wage deposits represent $83,076.20 of the amount on deposit in this joint account totaling $83,078.74) | $41,539.37 |
| 17.2. | Checking, checking, checking, and savings | Navy Federal Credit Union acct. #2706 ($52,069.79) (of which $50,410.42 reflects spouses' Social Security deposits and Husband's Navy pension deposits), acct. #3669 ($15,368.94), acct. #2003 ($78.25), and acct. #2102 ($74.71) | $33,795.85 |
| 17.3. | Money market savings | Navy Federal Credit Union acct. #2203: $43,990.62 (titled solely to Debtor's wife), funded with deposit of funds from sale of home titled as tenants by the entirety in 2021 | $21,995.31 |

18.  **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
              Name of entity:                          % of ownership:

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |

| Partership interest in Young & Thompson and proportionate share of the assets thereof | | % | $1.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Nixon & Vanderhye P.C. retirement acct. #4991 with Charles Schwab | $76,153.24 |
| Rollover IRA | Retirement acct. #3010 with Charles Schwab (rolled over from Young and Thompson 401(k) acct.) | $41,175.01 |
| Traditional IRA | Retirement acct. #8024 with Empower (rolled over from Young and Thompson 401(k) acct.) | $1,453,211.94 |
| Pension | DFAS military retirement pay | Unknown |
| 401(k) | Nixon & Vanderhye P.C. profit sharing plan with Premier Pension Solutions | $72,849.90 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ☒ Yes. Give specific information about them...

| Virginia Bar law license | $1.00 |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**
   ☐ No
   ☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2022 income tax refund | State of Virginia | $3,950.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ☒ Yes.  Give specific information..

| Accrued wages, earned but not yet paid | $1,157.82 |
| Credit balance ($267.02) and reward balance ($927.04) on Navy Federal Credit Union Visa account | $1,194.06 |
| Credit balance on USAA Signature Visa account | $267.14 |
| Credit balance on Costco Citi Visa account | $241.68 |
| Credit balance on Chase Prime Visa account | $603.41 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| USAA life insurance policy | Melinda Long | $117,149.65 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☒ No

Debtor 1    Roland Earl Long, Jr.                                  Case number *(if known)*   23-10856-KHK

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Potential contribution claims against co-debtors of Young & Thompson's creditors | Unknown |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................    | $1,865,294.50 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................    | $0.00 |

Debtor 1    Roland Earl Long, Jr.                                              Case number *(if known)*    23-10856-KHK

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** .................................................................................................................    $1,664,752.00

56.  **Part 2: Total vehicles, line 5**                                    $9,750.00

57.  **Part 3: Total personal and household items, line 15**             $7,317.25

58.  **Part 4: Total financial assets, line 36**                         $1,865,294.50

59.  **Part 5: Total business-related property, line 45**               $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**      $0.00

61.  **Part 7: Total other property not listed, line 54**          +    $0.00

62.  **Total personal property.** Add lines 56 through 61...    $1,882,361.75    Copy personal property total    $1,882,361.75

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                $3,547,113.75

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 23-10856-KHK |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 6215 Ballsford Dr. Fairfax Station, VA 22039-1333  Fairfax County<br>Line from *Schedule A/B*: 1.1 | $950,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| The Cypress Pointe Resort II Coral Springs, FL 33075-8526  Broward County<br>Time-share interest in Cypress Pointe Resort property<br>Line from *Schedule A/B*: 1.4 | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Disney Vacation Club Lake Buena Vista, FL 32830  Orange County<br>Time-share interest in Disney Vacation Club property<br>Line from *Schedule A/B*: 1.5 | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| 2018 Chrysler Pacifica 95,000 miles<br>Line from *Schedule A/B*: 3.1 | $7,750.00 | ■ $7,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(8); VA Code §§ 34-4, -13 & -14 |

Debtor 1    Roland Earl Long, Jr.                                    Case number (if known)    23-10856-KHK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2012 Chrysler Town & Country 116,000 miles<br>Line from *Schedule A/B*: 3.2 | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(8) |
| 2016 John Deere x570 tractor<br>Line from *Schedule A/B*: 4.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Miscellaneous household goods and furnishings, including office desk unit, 2 office swivel chairs, office printer table, dining table & 10 chairs, 100' tape measure, 6 toilet brushes, 20-in. battery lawnmower, 20-in. flower vase & artificial lighted branc<br>Line from *Schedule A/B*: 6.1 | $1,374.50 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Mug hot plate, 2 cookie jars, cooking pans, cookie sheets, 20 cooking utensils, countertop mixer, craft room table & four chairs, craft room 2-drawer dresser, cupcake holder, 10 curtain rods, , daybed, desk, desk accessories, Disney table clock, dog bed, d<br>Line from *Schedule A/B*: 6.2 | $897.50 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Garden cart, garden gloves, garden hoe, 6 garden hoses, garden rake, garden tools (clippers & weed puller), gas cans, gas grill, gazebo glass table & 6 chairs, GE circular wall clock, glass & wood curio, green chair, green loveseat, green sofa, Halloween d<br>Line from *Schedule A/B*: 6.3 | $491.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| 10 boxes nails & screws, oil changing pan, old Easter baskets, 3 plastic pine, ottoman, 4 outdoor folding chairs, garage refrigerator, outdoor glass table, 3 outdoor plastic benches, moving pads, backpack, outdoor plastic storage unit, pond leaf catcher, o<br>Line from *Schedule A/B*: 6.4 | $498.50 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Small glass-top gazebo table, mall microwaves, small Morrocan wall hanging rug, small narrow table, small rugs on garage floor, small TV table, small woven basket, 3 snow shovels, soapdish, socket set, 2 sofas, sofa bed, sofa table, 3 sofa throws, 4 soft-s<br>Line from *Schedule A/B*: 6.5 | $589.50 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |

| Debtor 1 | Roland Earl Long, Jr. | | Case number (if known) | 23-10856-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Miscellaneous household goods and furnishings, including  bedside table, bench in closet,  2 barstools, basement sofa, basement printer stand, 3 basement entertainment cabinets, dining  buffet, dining room table & 7 chairs, dish set, dropleaf coffee table, <br>Line from *Schedule A/B*: 6.6 | $295.00 | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous heirlooms, including family bible, frame family print, easy chair, formal china set, and military retirement flag box<br>Line from *Schedule A/B*: 6.7 | $41.25 | ■ $41.25<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(1) & (2) |
| Miscellaneous books and pictures, including children's books, holiday & photo books, family framed photos, framed Iris picturs, framed wall mirror, framed paintings, framed prints, CDs, 20 VCR tapes, and DVDs<br>Line from *Schedule A/B*: 6.8 | $106.50 | ■ $106.50<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(2) & (4a) |
| Miscellaneous electronics, including obsolete printer, office back-up hard drive/airport, 2 UPS units, MacBook Pro 16", and 2 external displays, external keyboard & mouse, Blu-ray disc player, 2010 apple 27" display (obsolete), misc. computer cables/charg<br>Line from *Schedule A/B*: 7.1 | $1,744.00 | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous electronics, including 2012 MacBook Pro 15-in. (obsolete), LG external monitor, and external keyboard & mouse<br>Line from *Schedule A/B*: 7.2 | $135.00 | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous games, sports and hobby equipment, including "Roll and Score" arcade machine, bowling ball, board games, cards & card games, checkerboard table, cornhole set, croquet set, 8 dumbbells, Easter decoration/stand, Easter decorations, easy chair,<br>Line from *Schedule A/B*: 9.1 | $225.00 | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories<br>Line from *Schedule A/B*: 11.1 | $798.50 | ■ $798.50<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $10.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(1a) |

Debtor 1    Roland Earl Long, Jr.                                    Case number (if known)    23-10856-KHK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Apple watch Series 5 and high school class ring<br>Line from *Schedule A/B*: 12.2 | $110.00 | ■  $110.00<br>☐  100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| CPAP machine<br>Line from *Schedule A/B*: 14.1 | $1.00 | ■  100%<br>☐  100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(6) |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $8.12 | ■  $8.12<br>☐  100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Checking: USAA acct. #4907 (Debtor's wage deposits represent $83,076.20 of the amount on deposit in this joint account totaling $83,078.74)<br>Line from *Schedule A/B*: 17.1 | $41,539.37 | ■  $31,153.57<br>☐  100% of fair market value, up to any applicable statutory limit | VA Code § 34-29 (as to $31,153.57, which is 75% of half of $83,076.20) |
| Checking, checking, checking, and savings: Navy Federal Credit Union acct. #2706 ($52,069.79) (of which $50,410.42 reflects spouses' Social Security deposits and Husband's Navy pension deposits), acct. #3669 ($15,368.94), acct. #2003 ($78.25), and acct. #2<br>Line from *Schedule A/B*: 17.2 | $33,795.85 | ■  $29,207.64<br>☐  100% of fair market value, up to any applicable statutory limit | 10 U.S.C. § 1440 & 42 U.S.C. 407 (as to $25,205.21, which is half of $50,410.42); VA Code §§ 34-4, -13 & -14 (as to $4,002.43) |
| 401(k): Nixon & Vanderhye P.C. retirement acct. #4991 with Charles Schwab<br>Line from *Schedule A/B*: 21.1 | $76,153.24 | ■  100%<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |
| Rollover IRA: Retirement acct. #3010 with Charles Schwab (rolled over from Young and Thompson 401(k) acct.)<br>Line from *Schedule A/B*: 21.2 | $41,175.01 | ■  $41,175.01<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Traditional IRA: Retirement acct. #8024 with Empower (rolled over from Young and Thompson 401(k) acct.)<br>Line from *Schedule A/B*: 21.3 | $1,453,211.94 | ■  $1,453,211.94<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Pension: DFAS military retirement pay<br>Line from *Schedule A/B*: 21.4 | Unknown | ■  100%<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |
| 401(k): Nixon & Vanderhye P.C. profit sharing plan with Premier Pension Solutions<br>Line from *Schedule A/B*: 21.5 | $72,849.90 | ■  100%<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |

| Debtor 1 | Roland Earl Long, Jr. | | Case number (if known) | 23-10856-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| State of Virginia: 2022 income tax refund<br>Line from *Schedule A/B*: 28.1 | $3,950.00 | ■ | $3,950.00 | VA Code §§ 34-4, -13 & -14 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Accrued wages, earned but not yet paid<br>Line from *Schedule A/B*: 30.1 | $1,157.82 | ■ | $1,157.82 | VA Code § 34-29; VA Code §§ 34-4, -13 & -14 (as to $289.45) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| USAA life insurance policy<br>Beneficiary: Melinda Long<br>Line from *Schedule A/B*: 31.1 | $117,149.65 | ■ | 100% | VA Code § 38.2-3122 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1     Roland Earl Long, Jr.
_First Name_     _Middle Name_     _Last Name_

Debtor 2
(Spouse if, filing)
_First Name_     _Middle Name_     _Last Name_

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number     23-10856-KHK
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- |
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1**  **Navy Federal Credit Union**
_Creditor's Name_

P.O. Box 388
Merrifield, VA 22119-0388
_Number, Street, City, State & Zip Code_

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred     November 2020

**Describe the property that secures the claim:**
6215 Ballsford Dr. Fairfax Station, VA 22039-1333  Fairfax County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     1st priority deed of trust

Last 4 digits of account number     7451

Column A: $293,585.22     Column B: $950,000.00     Column C: $0.00

Debtor 1    Roland Earl Long, Jr.

First Name    Middle Name    Last Name

Case number (if known)    23-10856-KHK

| 2.2 | Navy Federal Credit Union | Describe the property that secures the claim: | $146,945.02 | $675,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

94 Pearl Ct. Hedgesville, WV 25427
Berkeley County

P.O. Box 388
Merrifield, VA 22119-0388

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    1st priority deed of trust

Date debt was incurred    March 2013        Last 4 digits of account number    0304

| Add the dollar value of your entries in Column A on this page. Write that number here: | $440,530.24 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $440,530.24 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 23-10856-KHK |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

| 4.1 | **209 Madison Owner, LLC** | Last 4 digits of account number _____ | $1,919,924.53 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Joss Realty
1345 Ave. of Americas, 31 Fl.
New York, NY 10105
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Claim against Young & Thompson, in which Debtor was a general partner

Debtor 1  Roland Earl Long, Jr.                                   Case number (if known)   23-10856-KHK

| 4.2 | Benoit Castel | Last 4 digits of account number | $722,207.64 |

Nonpriority Creditor's Name
4 Portofino Dr., Suite 1207
Pensacola Beach, FL 32561-5409      **When was the debt incurred?**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   Claim against Young & Thompson, in which
                                                                        Debtor was a general partner

---

| 4.3 | Estate of Robert J. Patch | Last 4 digits of account number | $437,290.28 |

Nonpriority Creditor's Name
c/o Jeffrey S. Patch
306 Gold St., Apt. 14H               **When was the debt incurred?**
Brooklyn, NY 11201
Number Street City State Zip Code

**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   Claim against Young & Thompson, in which
                                                                        Debtor was a general partner

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                     On which entry in Part 1 or Part 2 did you list the original creditor?
209 Madison Owner, LLC               Line 4.1 of (Check one):
c/o Joss Realty Partners                                    ☐ Part 1: Creditors with Priority Unsecured Claims
650 Fifth Ave., Suite 2400                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims
New York, NY 10019

                                     Last 4 digits of account number

Name and Address                     On which entry in Part 1 or Part 2 did you list the original creditor?
Christopher B. Bowman, Esq.          Line 4.1 of (Check one):
Bregman, Berbert et al.                                    ☐ Part 1: Creditors with Priority Unsecured Claims
7315 Wisconsin Ave. , 800 West                             ■ Part 2: Creditors with Nonpriority Unsecured Claims
Bethesda, MD 20814

                                     Last 4 digits of account number

Name and Address                     On which entry in Part 1 or Part 2 did you list the original creditor?
Craig B. Leavers, Trustee            Line of (Check one):
P.O. Box 306                                                ☐ Part 1: Creditors with Priority Unsecured Claims
Cockeysville, MD 21030                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

                                     Last 4 digits of account number

Name and Address                     On which entry in Part 1 or Part 2 did you list the original creditor?

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 2 of 3

Debtor 1    Roland Earl Long, Jr.                                                Case number (if known)    23-10856-KHK

---

Foster S.B. Friedman, Esq.                    Line 4.2 of (Check one):
Wade Grimes Friedman et al.                   ☐ Part 1: Creditors with Priority Unsecured Claims
616 N. Washington St.                         ■ Part 2: Creditors with Nonpriority Unsecured Claims
Alexandria, VA 22314

Last 4 digits of account number

---

Name and Address                             On which entry in Part 1 or Part 2 did you list the original creditor?
Janet M. Meiburger, Trustee                  Line  of (Check one):
The Meiburger Law Firm, P.C.                  ☐ Part 1: Creditors with Priority Unsecured Claims
1493 Chain Bridge Rd., #201                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
McLean, VA 22101

Last 4 digits of account number

---

Name and Address                             On which entry in Part 1 or Part 2 did you list the original creditor?
Pamela T. Patch                              Line 4.3 of (Check one):
802 Rexford Way                               ☐ Part 1: Creditors with Priority Unsecured Claims
Upper Marlboro, MD 20774                      ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                             On which entry in Part 1 or Part 2 did you list the original creditor?
Robert J. Patch Trust                        Line 4.3 of (Check one):
3333 University Blvd. W                        ☐ Part 1: Creditors with Priority Unsecured Claims
Apt. #809                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
Kensington, MD 20895

Last 4 digits of account number

---

Name and Address                             On which entry in Part 1 or Part 2 did you list the original creditor?
William B. Schroeder, Esq.                   Line 4.2 of (Check one):
Shulman Rogers                                ☐ Part 1: Creditors with Priority Unsecured Claims
12505 Park Potomac Ave, 6th Fl                ■ Part 2: Creditors with Nonpriority Unsecured Claims
Potomac, MD 20854

Last 4 digits of account number

---

Name and Address                             On which entry in Part 1 or Part 2 did you list the original creditor?
WPI-Madison, LLC                             Line 4.1 of (Check one):
18300 Von Karman Ave.                         ☐ Part 1: Creditors with Priority Unsecured Claims
Suite 880                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
Irvine, CA 92612

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
    type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,079,422.45 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 3,079,422.45 |

---

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 23-10856-KHK |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City              State         ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City              State         ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City              State         ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City              State         ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City              State         ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 23-10856-KHK |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  Andrew J. Patch<br>12701 Maryvale Ct.<br>Ellicott City, MD 21042 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>209 Madison Owner, LLC |
| 3.2  Andrew J. Patch<br>12701 Maryvale Ct.<br>Ellicott City, MD 21042 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>Benoit Castel |
| 3.3  Andrew J. Patch<br>12701 Maryvale Ct.<br>Ellicott City, MD 21042 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Estate of Robert J. Patch |

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Douglas V. Rigler<br>5008 River Hill Rd.<br>Bethesda, MD 20816 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>Estate of Robert J. Patch |
| 3.5 | Douglas V. Rigler<br>5008 River Hill Rd.<br>Bethesda, MD 20816 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>Benoit Castel |
| 3.6 | Douglas V. Rigler<br>5008 River Hill Rd.<br>Bethesda, MD 20816 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>209 Madison Owner, LLC |
| 3.7 | Eric Jensen<br>3228 Wynford Dr.<br>Fairfax, VA 22031-2828 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>209 Madison Owner, LLC |
| 3.8 | Eric Jensen<br>3228 Wynford Dr.<br>Fairfax, VA 22031-2828 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>Benoit Castel |
| 3.9 | Eric Jensen<br>3228 Wynford Dr.<br>Fairfax, VA 22031-2828 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>Estate of Robert J. Patch |
| 3.10 | Melinda Long<br>P.O. Box 388<br>Fairfax Station, VA 22039-0388 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Navy Federal Credit Union |
| 3.11 | Young & Thompson<br>209 Madison St., Suite 500<br>Alexandria, VA 22314 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>209 Madison Owner, LLC |

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |

**■ Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 Young & Thompson<br>209 Madison St., Suite 500<br>Alexandria, VA 22314 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>Benoit Castel |
| 3.13 Young & Thompson<br>209 Madison St., Suite 500<br>Alexandria, VA 22314 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Estate of Robert J. Patch |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 23-10856-KHK |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | Patent attorney | Retired |
| | **Employer's name** | Nixon & Vanderhye P.C. | |
| | **Employer's address** | 901 N. Glebe Rd., 11th Fl.<br>Arlington, VA 22203 | |
| | **How long employed there?** | Almost 3 years | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,416.67 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 5,416.67 | $ 0.00 |

Debtor 1    Roland Earl Long, Jr.                                  Case number (*if known*)    23-10856-KHK

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 5,416.67 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 994.18 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: Dental insurance | 5h.+ | $ 32.41 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 1,026.59    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 4,390.08    $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 3,000.00 | $ 1,924.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 4,180.72 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 7,180.72    $ 1,924.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 11,570.80  +  $ 1,924.00  =  $ 13,494.80
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 13,494.80
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain: Employment income to decrease due to 35% reduction in workload

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 23-10856-KHK |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 2,418.58

   **If not included in line 4:**

   4a.    Real estate taxes    4a. $ _____ 0.00
   4b.    Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c.    Home maintenance, repair, and upkeep expenses    4c. $ _____ 200.00
   4d.    Homeowner's association or condominium dues    4d. $ _____ 20.83
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1    Roland Earl Long, Jr. _____    Case number (if known)    23-10856-KHK

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 15.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 282.33 |
| | 6d. Other. Specify:  Trash collection | 6d. | $ | 40.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 2,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 3,000.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 500.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 165.33 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:  Personal property taxes on vehicles | 16. | $ | 93.91 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. | $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 3,461.76 |
| | 20b. Real estate taxes | 20b. | $ | 60.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 950.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 25.00 |
| 21. | **Other:** Specify:  WV utilities (phone/TV, electric, T-Mobile) | 21. | +$ | 364.00 |

| 22. | **Calculate your monthly expenses** | | | |
|---|---|---|---|---|
| | 22a. Add lines 4 through 21. | | $ | 15,946.74 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 15,946.74 |

| 23. | **Calculate your monthly net income.** | | | |
|---|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 13,494.80 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 15,946.74 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. | $ | -2,451.94 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

Debtor 1     Roland Earl Long, Jr.
             _____
             First Name          Middle Name          Last Name

Debtor 2     _____
(Spouse if, filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    23-10856-KHK
(if known)     _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Roland Earl Long, Jr.                         X  _____
   Roland Earl Long, Jr.                                 Signature of Debtor 2
   Signature of Debtor 1

Date    June 21, 2023                                Date  _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Roland Earl Long, Jr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 23-10856-KHK |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $32,500.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Roland Earl Long, Jr.                                    Case number (if known)   23-10856-KHK

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips<br><br>□ Operating a business | $166,766.22 | □ Wages, commissions, bonuses, tips<br><br>□ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ■ Wages, commissions, bonuses, tips<br><br>□ Operating a business | $135,641.00 | □ Wages, commissions, bonuses, tips<br><br>□ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    □  No
    ■  Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $15,000.00 |  |  |
|  | Retirement Income | $22,785.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | Social Security benefits | $38,069.00 |  |  |
|  | Pension | $50,680.00 |  |  |
|  | Interest | $654.50 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | Social Security benefits | $35,196.00 |  |  |
|  | Pension | $47,753.00 |  |  |
|  | Interest | $445.50 |  |  |
|  | Rent | $2,653.00 |  |  |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    □  No.    Go to line 7.
    ■  Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

| Debtor 1 | Roland Earl Long, Jr. | Case number (*if known*) | 23-10856-KHK |
|---|---|---|---|

not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

☐ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Navy Federal Credit Union<br>P.O. Box 388<br>Merrifield, VA 22119-0388 | Regular mortgage payments over last 90 days | $10,385.28 | $146,945.02 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Navy Federal Credit Union<br>P.O. Box 3500<br>Merrifield, VA 22119-3500 | 5/13/23 ($4,000);<br>4/28/23 ($13,000);<br>3/23/23 ($15,000);<br>3/1/23 ($5,000) | $37,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1    Roland Earl Long, Jr.                                      Case number (*if known*)    23-10856-KHK

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| 209 Madison Owner, LLC, et al. v. Rolond E. Long, et al.<br>C-13-JG-22-003407 | Civil action | Howard County Circuit Court<br>9250 Judicial Way<br>Ellicott City, MD 21043 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 209 Madison Owner, LLC, et al. v. Roland E. Long, et al.<br>CL21002493 | Civil action | City of Alexandria Circuit Court<br>520 King St.<br>Alexandria, VA 22314 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 209 Madison Owner, LLC, et al. v. Roland E. Long, et al.<br>CL21002493 | Garnishment directed to Navy Federal Credit Union | City of Alexandria Circuit Court<br>520 King St.<br>Alexandria, VA 22314 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Benoit Castel v. Roland E. Long, et al.<br>CL22001055 | Civil action | City of Alexandria Circuit Court<br>520 King St.<br>Alexandria, VA 22314 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Benoit Castel v. Roland E. Long, et al.<br>CL22001055 | Garnishment | City of Alexandria Circuit Court<br>520 King St.<br>Alexandria, VA 22314 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Benoit Castel v. Roland E. Long, et al.<br>CL22001055 | Debtor interrogatories | City of Alexandria Circuit Court<br>520 King St.<br>Alexandria, VA 22314 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| 209 Madison Owner, LLC<br>c/o Joss Realty<br>1345 Ave. of Americas, 31 Fl.<br>New York, NY 10105 | Garnished wages<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 1st quarter 2023 | $510.29 |
| 209 Madison Owner, LLC<br>c/o Joss Realty<br>1345 Ave. of Americas, 31 Fl.<br>New York, NY 10105 | Navy Federal Credit Union acct. #2003 ($73.21); acct. #2102 ($69.67); acct. #2706 ($22,147.64); acct. #3669 ($3,335.38)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 3/6/23 | $25,625.90 |

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<table>
<tr><td>Part 5:</td><td>List Certain Gifts and Contributions</td></tr>
</table>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Salina Anastazja Soliz<br>381 Oxford Ln.<br>King William, VA 23086<br><br>Person's relationship to you: Granddaughter | Debtor gave his granddaughter funds to assist her in moving to a new house/location | 4/24/23 | $5,000.00 |
| Michael Starkey fbo Clair Minton<br>8202 Daleview Rd.<br>Cincinnati, OH 45257<br><br>Person's relationship to you: Brother-in-law | Debtor paid for his mother-in-law's home/hospice care and funeral expenses | August 2022 ($1,800); June 2022 ($1,000); May 2022 ($1,200) | $4,000.00 |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Nativity Catholic Church<br>6400 Nativity Ln.<br>Burke, VA 22015 | Monthly contributions | 2023 ytd ($6,500); 2022 ($15,500); 2021 ($15,300) | $37,300.00 |
| So Others Might Eat<br>71 O St., NW<br>Washington, DC 20001 | Monthly contributions | 2023 ytd ($2,600); 2022 ($6,000); 2021 ($2,500) | $11,000.00 |
| Bishop's Lenten Appeal<br>200 N. Glebe Rd., Suite 811<br>Arlington, VA 22203 | Monetary contribution | February 2023 ($8,000); February 2022 ($8,000); 2021 ($7,500) | $23,500.00 |

| Debtor 1 | Roland Earl Long, Jr. | | Case number (*if known*) | 23-10856-KHK |
|---|---|---|---|---|

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| St. Ann's Infant & Maternity Home 4901 Eastern Ave., NE Hyattsville, MD 20782 | Monetary contribution | October 2022 ($5,000); 2021 ($10,000) | $15,000.00 |
| VA Education Improvement Scholarships P.O. Box 2120 Richmond, VA 23218 | Monetary contribution | Fall 2022 ($2,500); 2021 ($2,500) | $5,000.00 |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Tyler, Bartl & Ramsdell, P.L.C. 300 N. Washington St., Suite 310 Alexandria, VA 22314 | $5,000, plus $338 in applicable filing fees | 2/15/23 ($5,325); 5/15/23 ($13) | $5,338.00 |
| Tyler, Bartl & Ramsdell, P.L.C. 300 N. Washington St., Suite 310 Alexandria, VA 22314 | $450/hr. for consulting | 5/16/23 ($225); 5/3/23 ($360); 3/8/23 ($90); 2/7/23 ($405); 1/5/23 ($450) | $1,530.00 |
| Access Counseling, Inc. | $50 | 3/6/23 | $50.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    Roland Earl Long, Jr.                                   Case number *(if known)*    23-10856-KHK

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Monica Rios<br>7420 Blackford St.<br>Springfield, VA 22151<br><br>None | Debtor and his wife sold this Springfield, VA rental real estate to this party for $526,000 | Received net proceeds of $236,759.44 | 6/23/21 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

Debtor 1    Roland Earl Long, Jr.                                      Case number *(if known)*    23-10856-KHK

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Debtor's wife<br>6215 Ballsford Dr.<br>Fairfax Station, VA 22039-1333 | Debtor's residence | Debtor has mutual possession of, and control over, miscellaneous personal belongings of his wife, with whom he resides | Unknown |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ■ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

| Debtor 1 | Roland Earl Long, Jr. | Case number *(if known)* | 23-10856-KHK |

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Young & Thompson<br>209 Madison St., Suite 500<br>Alexandria, VA 22314 | Law firm<br><br>Kelle Thrope | **EIN:** 54-1602014<br><br>**From-To** 1903-7/14/2020 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Roland Earl Long, Jr.
_____
Roland Earl Long, Jr.                                      _____
**Signature of Debtor 1**                                **Signature of Debtor 2**

**Date**  June 21, 2023                                 **Date** _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    Roland Earl Long, Jr.
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    23-10856-KHK
(if known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    Navy Federal Credit Union<br><br>Description of property securing debt:    6215 Ballsford Dr. Fairfax Station, VA 22039-1333  Fairfax County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br><br>■ Yes |
| Creditor's name:    Navy Federal Credit Union<br><br>Description of property securing debt:    94 Pearl Ct. Hedgesville, WV 25427  Berkeley County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ■ No<br><br>☐ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

Debtor 1    Roland Earl Long, Jr._____    Case number *(if known)*   23-10856-KHK_____

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Roland Earl Long, Jr._____    X  _____
Roland Earl Long, Jr.                           Signature of Debtor 2
Signature of Debtor 1

Date    June 21, 2023_____    Date    _____